# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXTRON FINANCIAL CORP., | CIVIL ACTION NO. 3:11-CV-1958 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| W. JACK KALINS, | |
| Defendant. | |

## ORDER

**NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Kalins's Motion to Strike Off And/Or Open the Judgment Entered by Confession and for Stay of Execution (Doc. 23) is **DENIED**.

(2) The Court will hold a hearing to explore the issue of attorney fees in the Confession of Judgment at a later date.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge